IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARL LEWIS | : | CIVIL ACTION |
|  | : | NO. 13-3527 |
| v. | : |  |
|  | : |  |
| TEMPLE UNIVERSITY | : |  |
| HEALTH SYSTEM, et al. | : |  |

## **ORDER**

AND NOW, this 26 day of March, 2015, upon consideration of the motion for summary judgment of defendants Temple University Health System and Joseph Moleski (Dkt. No. 32), plaintiff Carl Lewis's response and counterstatement of material and disputed facts (Dkt. No. 33), and defendants' reply (Dkt. No. 34), and consistent with the accompanying memorandum of law, it is ORDERED that defendants' motion is GRANTED.  Plaintiff's claims are DISMISSED and JUDGMENT IS ENTERED in favor of defendants Temple University Health System and Joseph Moleski and against plaintiff Carl Lewis.

The Clerk of Court shall mark this case CLOSED.

*s/Thomas N. O'Neill, Jr.*
THOMAS N. O'NEILL, JR., J.